IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS COLD STORAGE
AND WAREHOUSE COMPANY, LTD.

 Plaintiff,

vs.

TEAMSTERS LOCAL UNION 270 AND
ESAU TAYLOR

 Defendants.

CASE NO.

## NOTICE OF REMOVAL

  Defendant, Teamsters Local 270 (the "Union") pursuant to the provisions of 28 U.S.C.A. §§ 1331, 1441, 1446, 29 U.S.C.A. § 1985, and with the consent of Defendant, Esau Taylor ("Grievant"), who, through their undersigned counsel, joins this removal petition, respectfully submits this Notice of Removal for the purpose of removing the above-captioned action from the Civil District Court, at New Orleans, Louisiana, to the United States District Court for the Eastern District of Louisiana, Parish of Orleans. As grounds for this Notice of Removal, the Union states as follows:

  1. On December 19, 2016, Plaintiff, New Orleans Cold Storage (the "Employer"), filed a Petition to Vacate or Modify Arbitration Award (the "Petition") commencing the action styled *New Orleans Cold Storage Versus Teamsters Local 270 and Esau Taylor*, in the Civil District Court for the Parish of Orleans, State of Louisiana, No. 2016-12365.

  2. Defendant Teamsters Local 270 has not yet been served with a copy of the Petition. However, Defendant Teamsters Local 270 has received a courtesy copy of the Petition,

which is attached hereto and marked **Exhibit A**. A copy of the arbitrator's entire decision, including the cover sheet, is attached hereto and marked as **Exhibit B**.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, because Plaintiff's claims are based upon a federal question arising under the laws of the United States. While Plaintiff has also included state law claims in this civil action, those claims arise out of the same case or controversy as Plaintiff's federal question causes of action. Specifically, jurisdiction is vested in the federal courts under Section 301 of the NLRA, 29 U.S.C.A. § 1985.

4. The Plaintiff and the Defendant Union are parties to a collective bargaining agreement as defined under § 301 of the NLRA. The defendant Union is the recognized collective bargaining unit for employees at plaintiff's New Orleans facility.

5. Accordingly, this Court may exercise supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C.A. § 1367. Based upon the foregoing, this action is subject to removal pursuant to 28 U.S.C.A. § 1441.

6. Section 1441(a) specifies that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants to the district court of the United States for the district and division embracing the place where such action is pending." Thus, this action is properly removable.

7. This lawsuit has also been properly removed to this district court as 28 U.S.C.A. § 1446(a) specifies that the notice of removal shall be filed in the district court of the United States for the district and division within which such action is pending. Pursuant to 28 U.S.C.A. § 98(a) this district and division encompasses Parish of Orleans, State of Louisiana where the action was pending prior to removal.

8. Pursuant to 28 U.S.C.A. § 1446(d), Teamsters Local 270 will promptly file a Notice of Filing of Removal with the Clerk of the Civil District Court of the Parish of Orleans, with a copy to be served on Plaintiffs' counsel. A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit C**.

By removing this action to this Court, Teamsters Local 270 does not waive any defenses, objections, or motions available to it under state and federal law.

WHEREFORE, defendant Teamsters Local 270, pursuant to 28 U.S.C.A. §§ 1441 and 1446 respectfully submits, based upon the allegations set forth in this Notice of Removal, that this action is properly removed and requests that this Court retain jurisdiction over this action.

Respectfully Submitted,

/s/ Lawrence A. Arcell
LAWRENCE A. ARCELL, LA BPR# 2513 (LA)
LAW OFFICE OF LAWRENCE A. ARCELL
4240 Canal Street
New Orleans, LA 70119
Office: 504-309-6731
email: larryarcell@gmail.com

/s/ Samuel Morris
SAMUEL MORRIS, TN BPR # 12506 (TN)
GODWIN, MORRIS, LAURENZI
& BLOOMFIELD, P.C.
50 North Front Street, Suite 800
Memphis, TN 38103
Office: 901-528-1702
Facsimile: 901-528-0246
email: smorris@gmlblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, to be served via U.S. Mail, postage pre-paid and by operation of the Court's electronic filing system upon the following:

Carlton Jones
Johanna A. Posada
ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF &
      McCOLLISTER, A L.C.
8440 Jefferson Hwy., Suite 301
Baton Rouge, LA 70809-7033
Email: cjones@roedelparsons.com

Esau Taylor
6158 E. Quitman
Bay St. Louis, MS 39520

                /s/    Lawrence A. Arcell
              LAWRENCE A. ARCELL, LA BPR# 2513 (LA)
              LAW OFFICE OF LAWRENCE A. ARCELL
              4240 Canal Street
              New Orleans, LA 70119
              Office: 504-309-6731
              email: larryarcell@gmail.com